UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION

This paper applies to All Cases.

------------------------------------x

18-MD-2865 (LAK)

**NOTICE**

Lewis A. Kaplan, *District Judge*.

       Counsel are advised as follows:

       1.     The wife of the undersigned was employed by Random House prior to her retirement in or about 2000 and thus prior to her marriage to the undersigned in 2004.

       2.     She receives pension payments related to that prior employment from Advance Pension Plan and supplemental payments under the Random House Supplemental Executive Retirement Plan.

       3.     To the best of the knowledge of the undersigned, his wife has no connection to Random Holding 401K Plan, which is a defendant in one of the cases in this litigation.

Dated:      October 10, 2018

                                                                     /s/ Lewis A. Kaplan
                                                                     Lewis A. Kaplan
                                                           United States District Judge